FILED

MAR 26 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
               DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

Plaintiff: United States of America

v.

Case No. 5:24-CR-00005(3)XR

Defendant: Jorge Salvatori Escobar-Barragan

Response to Court Order 3/12/24

Soy Kira

Yo firme para la salida de Jorge.

Cuando el salio. el no acepto quedarse dentro de mi casa. Prefirio quedarse en un ban. blanco enfrente de la casa.
al sig. dia, Queria ir a su casa. Pedi yo un rait. a un Amigo mio que lo llevaramos. de ahi el me llamo y me dijo que el no me meteria en problemas. que primero el se meteria.
Yo Jamas imajine que el se fuera a quitar el Alarma del pie.
un rato mas alguien me embio un Mje. disiendo que algo paso con el alarma del pie Yo trate de llamarle a Jorge. Y ya no me contesto.

Yo fui al AP. en la noche y toque. nadie me abrio. me regrese y alguien de la corte se comunico conmigo. me dijo que si me regresaba aber si se escuchava la alarmadel pie. le dije Ya bengo de regreso. pero me boy a regresar.

Cuando regrese. se escuchaba la alarma. Toque y toque y nadi respondio. le di buelta a la chapa y se abrio. Yo comunique a la persona que me llamo y le dije que la puerte se abrio; Yo dije en voz alta Jorge. Jorge. Y no contesto. Busque la alarma y al fin la encontre: me dijo la señorita que me la llevara a la casa. que ella llegaria x. ella a la casa. Yo le llame a ella le dije que al sig. dia yo tenia una buelta al centro que si yo se la podia traer: ella me dijo que si. que x, favor se la trajera. bueno: Yo supe que Jorge se fue a Huoston. y despues que se fue a México; ase dias yo supe que a el lo seovestraron. que ya tiene 3 semanas, que no saben. nada de el. Cuando yo resibo estas cartas me asusto. Yo no se que aser. no trabajo, no tengo renta. ni comida. mucho menos. 50.000 Dolares. estoy muy Nerviosa traigo mi azucar alta; Precion alta de puros Nervios No se que aser.

Kira Lopez
315 tacoma Av.
S.A. tx. 78221
210-980-8784.

## CERTIFICATE OF SERVICE

I, __Kira Lopez_____, Plaintiff pro se, do here by certify that on the _03-26-24_ Day of _____, 20 ____, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. (U.S. Mail;) Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

_Kristy Karen Callahan_
_Ray Gattinella_
_Sade Bogart_
_601 IH Loop 410_
_SA, TX 78216_

Dated: __03-26-2024._____

_Kira Lopez_
Signature of Plaintiff

I am Kira

I signed for the release of Jorge.

When we came out, he refused to stay inside my house and he preferred to stay in a white van in front of the house.

The next day, he wanted to go to his house.

I asked a friend of mine for a ride so we could take him; from there, he called me and said he would not cause me any troubles and that he would first take the problems upon himself.

I never imagined that he was going to remove the alarm from the foot.

A while later, someone sent me a message saying that something had happened with the foot alarm. I tried calling Jorge. He no longer answered me.

That night I went to the ap. [sic] and knocked, no one opened [the door]. I came back and somebody from the courts got in touch with me. I was told to go back and see if I could hear the foot alarm. I said that I was just coming back, but I will go back.

---

When I went back, I could hear an alarm. I knocked and knocked, and no one answered.

I turned the knob and the door opened.

I got in touch with the person who called me and said that the door opened:

I called out loud "Jorge, Jorge" and he did not answer. I searched for the alarm and I finally found it: the lady told me to take it home with me, that she would come get it at the house.

I called her and told her I had an errand to run downtown the next day, and asked if I could bring it to her? And she said yes, to please bring it over.

Well: I learned that Jorge left for Houston. And then, to Mexico.

Days ago, I learned that he had been kidnapped and it has been 3 weeks that no one knows anything from him.

Whenever I receive these letters, I get scared. I don't know what to do. I do not work, I don't have for rent, nor food; much less 50,000 dollars. I am very stressed, I have high blood sugar, high blood pressure just from this stress.

I don't know what to do.

               Kira Lopez

              315 Tacoma Av.

              S.A. Tx 78221

              210-980-8784

---

Translated by: Maria F. Rivas, Official Court Interpreter

Translator's note: Some grammar, spelling and syntax errors were omitted in the interest of clarity.